988

No. 489. UNITED STATES v. ATLAS LIFE INSURANCE Co. (Certiorari, *ante*, p. 927, to the United States Court of Appeals for the Tenth Circuit.) The motion of the Solicitor General to enlarge the time for oral argument is granted and a total of one hour is allotted to the petitioner. Counsel for the respondent is allotted a total of forty-five minutes for oral argument. The motion of the Attorney General of Louisiana et al. for leave to participate in the oral argument on behalf of the respondent, as *amici curiae*, is granted. *Solicitor General Cox* on the motion to enlarge the time for oral argument. *Norris Darrell* for respondent. *Jack P. F. Gremillion,* Attorney General of Louisiana, *John J. O'Connell,* Attorney General of Washington, and *Daniel B. Goldberg* on the motion for leave to participate in the oral argument.

No. 695. UNITED STATES v. JOHNSON. C. A. 4th Cir. Certiorari granted. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. *George Cochran Doub* for respondent.

No. 670. FINNELL v. BROMBERG. Supreme Court of Nevada. Certiorari denied. *Douglas A. Busey* and *William R. Ming* for petitioner.

No. 674. JACUZZI BROS., INC., ET AL. v. LANDON, INC. C. A. 9th Cir. Certiorari denied. *Frank A. Neal* and *Jas. M. Naylor* for petitioners. *Jack E. Hursh, Oscar A. Mellin* and *Carlisle M. Moore* for respondent.